UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**FRANK E. VOTH**,

        Plaintiff,

v.

**JEFF PREMO; MS. COFFY; CAPTAIN LONG; JANET BIRDY WORLEY; JANE/JOHN DOE**,

        Defendants.

Case No. 6:14-CV-00128-KI

JUDGMENT

    Frank E. Voth
    777 Stanton Blvd.
    Ontario, OR 97214

        Pro se Plaintiff


    Ellen F. Rosenblum
    Attorney General

Page 1 - JUDGMENT

Jake J. Hogue
Assistant Attorney General
Shannon M. Vincent
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

    Attorneys for Defendants

KING, Judge:

Based on the record,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED this    10th    day of July, 2014.

     /s/ Garr M. King
    Garr M. King
    United States District Judge